Case 4:13-cv-00165-KGB   Document 4   Filed 04/16/13   Page 1 of 3
Case 2:13-cv-20000-RDP   Document 48   Filed 04/16/13   Page 1 of 2
Case MDL No. 2406   Document 200   Filed 04/16/13   Page 1 of 2

FILED
2013 Apr-16 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION                    MDL No. 2406

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –10)

On December 12, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See ___F.Supp.2d___ (J.P.M.L. 2012). Since that time, 21 additional action(s) have been transferred to the Northern District of Alabama. With the consent of that court, all such actions have been assigned to the Honorable R. David Proctor.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Proctor.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Alabama for the reasons stated in the order of December 12, 2012, and, with the consent of that court, assigned to the Honorable R. David Proctor.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 16, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: _A. Langley_
DEPUTY CLERK

Case 4:13-cv-00165-KGB   Document 4   Filed 04/16/13   Page 2 of 3
Case 2:13-cv-20000-RDP   Document 48   Filed 04/16/13   Page 2 of 2
Case MDL No. 2406   Document 200   Filed 04/16/13   Page 2 of 2

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION

MDL No. 2406

### SCHEDULE CTO-10 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 13-00165 | Mills v. USAble Mutual Insurance Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 13-00545 | Garner v. Blue Cross and Blue Shield Association et al |
| TENNESSEE EASTERN | | | |
| TNE | 3 | 13-00144 | Scott v. Blue Cross and Blue Shield of Tennessee, Inc |
| TENNESSEE WESTERN | | | |
| TNW | 2 | 13-02181 | Danny Curlin v. Blue Cross Blue Shield of Tennessee, Inc. et al |

Case 4:13-cv-00165-KGB   Document 4   Filed 04/16/13   Page 3 of 3
Case 2:13-cv-20000-RDP   Document 48-1   Filed 04/16/13   Page 1 of 1
Case MDL No. 2406   Document 200   Filed 04/16/13   Page 2 of 2

**FILED**
2013 Apr-16 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION                                MDL No. 2406

### SCHEDULE CTO-10 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | CV-13-P-0717-S  NDAL# |
| ARE | 4 | 13−00165 | Mills v. USAble Mutual Insurance Company |
| MISSOURI EASTERN | | | CV-13-P-0718-S  NDAL# |
| MOE | 4 | 13−00545 | Garner v. Blue Cross and Blue Shield Association et al |
| TENNESSEE EASTERN | | | CV-13-P-0719-S  NDAL# |
| TNE | 3 | 13−00144 | Scott v. Blue Cross and Blue Shield of Tennessee, Inc |
| TENNESSEE WESTERN | | | CV-13-P-0720-S  NDAL# |
| TNW | 2 | 13−02181 | Danny Curlin v. Blue Cross Blue Shield of Tennessee, Inc. et al |